UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOANDY FERNANDEZ MORALES,<br><br>Plaintiff<br><br>v.<br><br>ROBERT HARTMAN, et al.,<br><br>Defendants | Case No. 3:24-cv-00418-MMD-CLB<br><br>ORDER |

This matter is before the Court on Plaintiff Yoandy Fernandez Morales's motion to obtain a Spanish translator for his inmate early mediation conference. (ECF No. 7). The Court finds good cause to grant the motion.

It is therefore ordered that the motion to obtain a Spanish translator (ECF No. 7) is granted. The Court's inmate coordinator will arrange for a Spanish translator to be available at Plaintiff's inmate early mediation conference.

**IT IS SO ORDERED.**

Dated: June 25, 2025

_____
UNITED STATES MAGISTRATE JUDGE