AARON D. FORD
  Attorney General
LEO T. HENDGES, Bar No. 16034
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (702) 486-3795
E-mail: lhendges@ag.nv.gov

*Attorneys for Interested Party*
  *Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: YOANDY FERNANDEZ-MORALES cases. | Case Nos. 3:24-cv-00418-MMD-CLB, 3:24-cv-00551-ART-CLB, 2:24-cv-00439-RFB-NJK, 2:24-cv-00407-ART-CLB, 3:23-cv-00490-CLB, 3:24-cv-00550-MMD-CSD, 2:24-00390-RFB-BNW, 3:24-cv-00281-ART-CSD, 3:24-cv-00582-ART-CLB and 3:25-cv-00420-ART-CSD |
| | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Yoandy Fernandez-Morale, Plaintiff, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned actions shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

Page 1

The Parties have resolved these matters in their entirety and agree that the Court may accordingly close the cases, with prejudice. Any outstanding deadlines are considered moot.

DATED this 24th day of October 2025.

DATED this 24th day of October 2025.

AARON D. FORD

Attorney General

_____

YOANDY FERANDEZ-MORALES,

#1201578

Plaintiff, *pro se*

*/s/ Leo T. Hendges*
_____

Leo T. Hendges, (Bar No. 16034)

*Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___March 10, 2026._____

_____

UNITED STATES DISTRICT JUDGE

Page **2**